IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARK A. REESE,                     ) | |
|         Plaintiff,                     ) | |
|                                              ) | |
| v.                                           )   | CIVIL ACTION No. 25-00035-KD-B |
|                                              ) | |
| DR. LOVEGOOD, et al.,           ) | |
|         Defendants.                  ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge dated January 20, 2026, (Doc. 34), is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** as follows:

1. The claims of excessive force asserted against Officers C. Norwood, J. Ellontison, D. Davis, A. Brown, and Q. Brown are **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

2. The claim of inadequate medical care against District One Mobile County Commissioner Merceria Ludgood (or "Dr. Lovegood"), is **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

3. Defendants C. Norwood, J. Ellontison, D. Davis, A. Brown, Q. Brown, and Merceria Ludgood (or "Dr. Lovegood") are **DISMISSED without prejudice** from this action prior to service of the complaint.

4. The claims of inadequate medical care asserted against Defendants NaphCare, Inc., Sheriff Paul Burch, and Warden Sam Houston are permitted to proceed.

**DONE** and **ORDERED** this **12th** day of **February 2026**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**